United States Bankruptcy Court
WESTERN DISTRICT OF TENNESSEE
CHAPTER 13

In Re:  Danny Dunson                                        Chapter 13
        Robin Dunson
Debtor(s)                                                   13-22941

Debtor(s):   Danny Dunson                         SSN:  8146
             Robin Dunson                         SSN:  9243
Address:     1764 Marjorie St.
             Memphis, TN 38106

Plan Payment: Debtor(s) to pay $1,318.00 bi-weekly
Payroll Deduction (X)  or Direct ( ) Because:
Payroll:            American Finance
Spouse's Payroll:   Advanced Drainage

Administrative: Pay fining fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order

                                                            Monthly
                                                            Plan Pmt.

Auto Insurance: (X) Not included in Plan ( ) Included in Plan    $

                              Amount of    Rate of
        Creditor              Claim        Interest
Priority: Internal Revenue Services   $10,000.00    ____%    $242.00

Home Mortgage: If no arrearage, ongoing payments are to be made directly by the debtor(s).

Household Services        ongoing pmt. Begin  June  2013    $1,013.00
        Approx. arrearage $451.34        Interest 0.0%      $40.00
Wells Fargo               ongoing pmt. Begin  June  2013    $1,501.00
        Approx. arrearage $3933.00       Interest 0.0%      $110.00

Secured Creditors                    Value         Rate of      Monthly
(retain lien 11 U.S.C. Section 1325(a)(5))   Collateral    Interest    Plan Pmt.
Household financial Services         $5,000.00     5.25%        $39.00
HSBC Auto Finance                    $5,000.00     5.25%        $151.00

Unsecured Creditors**: Pay TBA% of these claims after above claims are paid;
Estimated Total Unsecured, Non-Priority Debt:    $51,323.00
Termination: Plan shall terminate upon payment of the above, approximately 36 months.

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

**Absent a specific court order stating otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.